UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL THOMPSON,<br><br>        Plaintiff,<br><br>        v.<br><br>HARJOT MARKETS, INC., and others,<br><br>        Defendants. | Case No. 21-cv-04691-NC<br><br>**ORDER TO CONSENT OR DECLINE MAGISTRATE JUDGE JURISDICTION** |

On June 18, 2021, Plaintiff brought this ADA action against Defendants.  ECF 1.  Under § 636(c)(1), all parties must consent to the jurisdiction of a magistrate judge in order for the magistrate judge to exercise jurisdiction over a civil action.  *See also* Fed. R. Civ. P. 73.  Plaintiff timely consented to this Court's jurisdiction.  ECF 6.  However, after two extensions of the deadline, Defendants still have not responded.  ECF 12; ECF 13.  The Court now ORDERS Defendants to consent or decline the jurisdiction of a magistrate judge by August 26, 2021, or the Court will request that this case be reassigned to a District Judge.

**IT IS SO ORDERED.**

Dated: August 19, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge